

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00745-CV

Keeann **DEVORA**, Craig Owen, and Keller Williams Realty,
Appellants

v.

Tavaris J. **SLAUGHTER**, Individually, and TJ Slaughter Enterprises, LLC,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-13013
Honorable Janet P. Littlejohn, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the parties' motion to dismiss the appeal is GRANTED, the trial court's judgment is SET ASIDE, and we REMAND this matter to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

We order costs of appeal taxed against the party who incurred them.

SIGNED March 25, 2015.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Renee Yanta is the presiding judge of the 150th District Court, Bexar County, Texas. The judgment in this case was signed by the Honorable Janet P. Littlejohn, former presiding judge of the 150th District Court, Bexar County, Texas.